**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

HENRY M. MITCHELL, Jr.,

Plaintiff - Appellant,

v.

DR. JEFFREY GUTSTADT, individual
and official capacities; et al.,

Defendants - Appellees.

No. 13-57051

D.C. No. 2:13-cv-08089-GAF-RZ

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Gary A. Feess, District Judge, Presiding

Submitted June 25, 2014[**]

Before:  HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

California state prisoner Henry M. Mitchell, Jr., appeals pro se from the

district court's judgment dismissing his civil rights action alleging a conspiracy to

violate his constitutional rights.  We have jurisdiction under 28 U.S.C. § 1291.  We

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

review de novo. *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir. 2000). We affirm.

The district court properly dismissed Mitchell's action as *Heck*-barred because success on the merits of his claims would necessarily imply the invalidity of his conviction or sentence, and Mitchell failed to allege that his conviction has been invalidated. See *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994) (holding that, in order to recover damages for an allegedly unconstitutional conviction or imprisonment, or for other harm caused by actions whose unlawfulness would render a conviction or sentence invalid, a plaintiff must prove "that the conviction or sentence has been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to make such determination, or called into question by a federal court's issuance of a write of habeas corpus"); *McQuillion v. Schwarzenegger*, 369 F.3d 1091, 1097 n.4 (9th Cir. 2004) (*Heck* "applies equally" to claims brought under 42 U.S.C. § 1985).

**AFFIRMED.**

13-57051